UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AMERICAN GENERAL LIFE
INSURANCE COMPANY,

    Plaintiff,

v.

AMY T. WHITE, GREGORY J.
MCDERMOTT, DONNA
MCDERMOTT LATALLADE and
JENNIFER MCDERMOTT
KALAWUR,

    Defendants.

Case No. 2:21-cv-17361-MCA-ESK

## FINAL JUDGMENT

Pursuant to Plaintiff American General Life Insurance Company's request for entry of final judgment, the Court finds, adjudges, and orders as follows:

**IT IS ORDERED** that the Report and Recommendation at ECF. No. 50 is hereby adopted;

**IT IS ORDERED** for Defendant Amy T. White to pay Plaintiff American General Life Insurance Company $66,037 within 30 days of this order;

**IT IS ORDERED** for Plaintiff American General Life Insurance Company to pay $242,500 to each of the McDermott Siblings within 45 days of this order;

**IT IS ORDERED** for all parties to exchange general releases following receipt and clearance of the payments ordered above.

Dated: ~~March 29, 2023~~
June 8, 2023

Judge Madeline Cox Arleo
US DISTRICT COURT JUDGE